# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    v.

**MAREEKUS E. DAVIS,**

        **Defendant.**

Case No. 2:15-cr-214 (4)

**JUDGE GREGORY L. FROST**

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's January 12, 2016 Report and Recommendation ("R&R")(ECF No. 91). In that filing, the Magistrate Judge accepted Defendant's plea of guilty to the Amended Superseding Information.

The R&R advised the parties that, if any party sought review by the District Judge, that party must file objections to the R&R within fourteen (14) days. The R&R further advised the parties that their failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the [R&R]." (*Id.* (citing *Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1380 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981)).)

The Court has reviewed the R&R. Noting that no objections have been filed, and that the time for filing such objections has expired, the Court **ADOPTS AND AFFIRMS** the R&R (ECF No. 91).

**IT IS SO ORDERED.**

                        /s/ Gregory L. Frost
                        GREGORY L. FROST, JUDGE
                        UNITED STATES DISTRICT COURT